UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**15CV1348**

KANTE ALHASSANE
#2411406654

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

JOHN DOE

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes  ☐ No
(check one)

RECEIVED FEB 23 2015 PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name KANTE ALHASSANE
ID # 2411406654
Current Institution E.M.T.C / C76 (will be Released 03-17-15)
Address 138 W 129 St Apt 1A New York NY 10027

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

_Rev. 05/2007_                                1

Defendant No. 1   Name JHON DOE _____ Shield # _____
                  Where Currently Employed 42 PRECINT
                  Address BRONX NY

Defendant No. 2   Name _____ Shield # _____
                  Where Currently Employed _____
                  Address _____

Defendant No. 3   Name _____ Shield # _____
                  Where Currently Employed _____
                  Address _____

Defendant No. 4   Name _____ Shield # _____
                  Where Currently Employed _____
                  Address _____

Defendant No. 5   Name _____ Shield # _____
                  Where Currently Employed _____
                  Address _____

## II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? 42 PRECINT

B.   Where in the institution did the events giving rise to your claim(s) occur? 42 pRecint Holding Cell Area

C.   What date and approximate time did the events giving rise to your claim(s) occur? 07-23-14

D. Facts:

**What happened to you?**

Claimant informed John Doe that he had to use the bathroom. However the claimant was denied access to the bathroom by John Doe therefore after then claimant relived himself within an barrel

**Who did what?**

After the claimant relived himself in the empty barrel John Doe inquired of the claimant why did he urinate in the barrel, and the claimant stated he had no choice since he was denied access to the bathroom then and John Doe used excessive force to place the handcuff upon the claimant to the point the claimant hand began to swell and risk to bleed.

**Was anyone else involved?**

**Who else saw what happened?**

After the claimant was tied up by John Doe and a couple of hours later the claimant was taken to hospital where x-rays were taken of the claimant injuries he sustained due to the excessive use of force.

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. The claimant suffered a fractured wrist and right hand was placed in a cast.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___   No _✗_

Rev. 05/2007                                     3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _X_   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No ___   Do Not Know ___   DID OCCUR IN FACILITY

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ___   No _X_

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No _X_

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve? _____

_____

2. What was the result, if any? _____

_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

_____

_____

_____

2. If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Claimant would request that he be awarded $200,000.00

VI. Previous lawsuits:

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No _✗_

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   3. Docket or Index number _____

   4. Name of Judge assigned to your case _____

   5. Approximate date of filing lawsuit _____

   6. Is the case still pending? Yes ___ No ___

   If NO, give the approximate date of disposition _____

   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ___ No _✗_

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   3. Docket or Index number _____

   4. Name of Judge assigned to your case _____

   5. Approximate date of filing lawsuit _____

   6. Is the case still pending? Yes ___ No ___

   If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
    _____
    _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of __02-17-__, 2015.

                              Signature of Plaintiff   KANTE ALHASSANE
                              Inmate Number       24114066854
                              Institution Address   138 W 129 St Apt 1A
                                                      New York, NY 10027

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 02 day of 17 , 2015, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                              Signature of Plaintiff: Alhassane Kou[]

RECEIVED
SDNY PRO SE OFFICE
2015 FEB 23  P 2: 39

TO:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 230
NEW YORK, NY 10007


USM
SDNY

FROM: KANTE
ALHASSANE #2411406654
E.M.T.C
10-10 HAZEN ST
ELMHURST NY 11370